UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THOMAS RERICHA and DIANE RERICHA,**

    **Plaintiffs,**

v.          Case No. 8:13-cv-830-T-30TBM

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Liberty Mutual Fire Insurance Company's Motion for Summary Judgment (Dkt. 11). This Court has considered the issues raised in Liberty's motion in the following cases: *Zawadzki v. Liberty Mut. Fire Ins. Co.*, 8:12-cv-950-T-30MAP, *Leon v. First Liberty Ins. Corp.*, 8:12-cv-1613-T-30MAP, *Garcia v. First Liberty Ins. Corp*, 8:12-cv-771-T-30TGW, and, most recently, *Shelton v. Liberty Mut. Fire Ins. Co.*, 8:12-cv-2064-T-30AEP.[1] The Court sees no reason to depart from these rulings.

It is therefore **ORDERED AND ADJUDGED** that Defendant Liberty Mutual Fire Insurance Company's Motion for Summary Judgment (Dkt. 11) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record
S:\Even\2013\13-cv-830.msj.frm

---

[1] Notably, in *Shelton*, the 2011 amendments were in effect *before* the inception of the subject policy.